```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-03439-HWV
John Fredrick Irwin                                                  Chapter 13
Joy Ann Irwin
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRadginsk                 Page 1 of 2               Date Rcvd: Sep 16, 2019
                               Form ID: ntcnfhrg               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb         +John Fredrick Irwin,    Joy Ann Irwin,    1 White Birch Drive,    Littlestown, PA 17340-9417
5233585        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5233584         Bureau of Account Managment,    Bureau Of Account,    Camp Hill, PA 17011
5233587        +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
5233589        +Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 679543,    Dallas, TX 75267-9543
5233590        +Fay Servicing Llc,    Attn: Bankruptcy Dept,    Po Box 809441,    Chicago, IL 60680-9441
5233592        +J.P. Harris Associates LLC,    P.O. Box 226,    Mechanicsburg, PA 17055-0226
5233593        +Mariner Finance,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5245377        +TMSHMC Hospital,    PO Box 853,    Hershey, PA 17033-0853
5245372         TMSHMC Physicians Group,    PO Box 854,    Hershey, PA  17033-0854
5233597        +Travel Resorts of America,    1930 N Poplar Street,    Southern Pines, NC 28387-7092
5235846        +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2019 19:40:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5233588        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 16 2019 19:41:02      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5245379        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 16 2019 19:35:45      Flagship Credit Acceptance,
                 P.O. Box 3807,    Coppell, TX 75019-5877
5233591        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 16 2019 19:35:45      Flagship Credit Acceptance,
                 Po Box 965,    Chadds Ford, PA 19317-0643
5237066         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2019 19:41:02      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5233594        +E-mail/PDF: cbp@onemainfinancial.com Sep 16 2019 19:41:11       OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
5239824        +E-mail/PDF: cbp@onemainfinancial.com Sep 16 2019 19:41:35       OneMain Financial,    PO Box 3251,
                 Evansville, IN 47731-3251
5233595         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2019 19:41:17
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
5233596        +E-mail/Text: jennifer.chacon@spservicing.com Sep 16 2019 19:36:07
                 Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5234091        +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2019 19:41:14       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
5233586*       +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5233598*       +Travel Resorts of America,    1930 N Poplar Street,    Southern Pines, NC 28387-7092
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: PRadginsk          Page 2 of 2              Date Rcvd: Sep 16, 2019
                               Form ID: ntcnfhrg        Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    ONYX BAY TRUST bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association lkarl@rascrane.com
              Stephen Wade Parker    on behalf of Debtor 1 John Fredrick Irwin Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Joy Ann  Irwin Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

Case 1:19-bk-03439-HWV    Doc 22    Filed 09/18/19    Entered 09/19/19 00:41:47    Desc
                    Imaged Certificate of Notice    Page 2 of 3

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| John Fredrick Irwin, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:19–bk–03439–HWV |
| Joy Ann Irwin, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 23, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 16, 2019 |

ntcnfhrg (03/18)