United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John Fredrick Irwin<br>Joy Ann Irwin<br>    Debtor(s) | Case No. 19-03439-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 01, 2020  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID          Recipient Name and Address**
5267735         +  Wellspan Health, P O Box 15119, York, PA 17405-7119

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**                              **Email Address**

Charles J DeHart, III (Trustee)
                                      TWecf@pamd13trustee.com

James Warmbrodt
                                      on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

Keri P Ebeck
                                      on behalf of Creditor U.S. Bank National Association kebeck@bernsteinlaw.com
                                      jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Lauren Berschler Karl
                                      on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com

Stephen Wade Parker
                                      on behalf of Debtor 1 John Fredrick Irwin Mooneybkecf@gmail.com  R61895@notify.bestcase.com

Stephen Wade Parker       on behalf of Debtor 2 Joy Ann Irwin Mooneybkecf@gmail.com R61895@notify.bestcase.com

United States Trustee       ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
| : | |
| JOHN FREDRICK IRWIN : | CASE NO.: 1-19-bk-03439-HWV |
| JOY AQNN IRWIN : | |
|     Debtors : | |
| : | |
| CHARLES J. DEHART, III, TRUSTEE : | |
|     Objectant : | |
| : | |
|     vs. : | |
| : | |
| WELLSPAN HEALTH : | |
| a/k/a GETTYSBURG HOSPITAL : | |
|     Claimant : | |

### ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No 10 of Wellspan Health a/k/a Gettysburg Hospital following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 10 of Wellspan Health a/k/a Gettysburg Hospital shall be deemed untimely filed.

Dated: September 30, 2020

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (CD)