IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOHN IRWIN                          CHAPTER 13
        JOY IRWIN                           CASE NO.: 1:19-bk-03439
                      DEBTORS

NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors John Irwin and Joy Irwin for the above referenced case.

                                        **By:** *Nicholas G. Platt*
                                        Nicholas G. Platt 327239
                                        MOONEY LAW
                                        230 York Street
                                        Hanover, PA 17331
                                        ngp@mooney4law.com
                                        (717) 632-4656 Phone
                                        (717) 632-3612 Fax

Dated: June 29, 2021