United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03439-HWV |
| John Fredrick Irwin | Chapter 13 |
| Joy Ann Irwin | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 31, 2024     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5460362 | + | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Wilmington Savings Fund Society, FSB et 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor U.S. Bank National Association kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com lbkarl03@yahoo.com |
| Nicholas G. Platt | on behalf of Debtor 1 John Fredrick Irwin ngp@mooney4law.com plattnr61895@notify.bestcase.com |

| | |
|---|---|
| Nicholas G. Platt | on behalf of Debtor 2 Joy Ann Irwin ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 John Fredrick Irwin wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Joy Ann Irwin wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-03439-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John Fredrick Irwin<br>1 White Birch Drive<br>Littlestown PA 17340 | Joy Ann Irwin<br>1 White Birch Drive<br>Littlestown PA 17340 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2024.

Name and Address of Alleged Transferor(s):

Claim No. 7: Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, FSB et

Name and Address of Transferee:

U.S. Bank National et al
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, 75381-4609
U.S. Bank National et al

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/02/24

Terrence S. Miller
**CLERK OF THE COURT**