Re: John Fredrick Irwin
Joy Ann Irwin

Case No.: 1-19-03439 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 7105 |
| Property Address if applicable: | 1 White Birch Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,154.55 |
| b. | Prepetition arrearages paid by the trustee: | $19,154.55 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,868.69 |
| f. | Postpetition arrearage paid by the trustee: | $2,868.69 |
| g. | Total b, d, and f: | $22,023.24 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from September 2019 to August 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,018.92 |
| The next post-petition payment was due on: | September 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024    Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: John Fredrick Irwin
    Joy Ann Irwin

Case No.: 1-19-03439 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

John Fredrick Irwin
Joy Ann Irwin
1 White Birch Ln
Littlestown AP 17340

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-03439    JOHN FREDRICK IRWIN

**FAY SERVICING, LLC**
PO BOX 814609

DALLAS, TX  75381-4609

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 7105

|  | Amt Sched: | $0.00 | Debt: | $57,587.82 | Interest Paid: | $0.00 |
|--|--|--|--|--|--|--|
|  | Amt Due: $1,018.92 |  | Paid: | $57,587.82 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **FAY SERVICING, LLC** | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039904 | $1,018.92 | $0.00 | $1,018.92 | 09/26/2024 |
| | DisbDescrp: Payment for 8/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | V | 09/05/2024 | 2036294 | ($1,018.92) | $0.00 | ($1,018.92) | 09/05/2024 |
| 501-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038938 | $1,018.92 | $0.00 | $1,018.92 | 08/16/2024 |
| | DisbDescrp: Payment for 8/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038093 | $1,018.92 | $0.00 | $1,018.92 | 07/18/2024 |
| | DisbDescrp: Payment for 6/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038093 | $1,018.92 | $0.00 | $1,018.92 | 07/18/2024 |
| | DisbDescrp: Payment for 7/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036294 | $1,018.92 | $0.00 | $1,018.92 | 09/05/2024 |
| | DisbDescrp: Payment for 5/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035299 | $1,018.92 | $0.00 | $1,018.92 | 04/26/2024 |
| | DisbDescrp: Payment for 4/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034342 | $1,018.92 | $0.00 | $1,018.92 | 03/22/2024 |
| | DisbDescrp: Payment for 3/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 02/14/2024 | 2033385 | $960.77 | $0.00 | $960.77 | 02/22/2024 |
| | DisbDescrp: Payment for 2/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 01/12/2024 | 2032477 | $960.77 | $0.00 | $960.77 | 01/22/2024 |
| | DisbDescrp: Payment for 1/2024 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031549 | $960.77 | $0.00 | $960.77 | 12/29/2023 |
| | DisbDescrp: Payment for 12/2023 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030610 | $960.77 | $0.00 | $960.77 | 12/01/2023 |
| | DisbDescrp: Payment for 11/2023 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029656 | $960.77 | $0.00 | $960.77 | 11/01/2023 |
| | DisbDescrp: Payment for 10/2023 | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028656 | $960.77 | $0.00 | $960.77 | 09/28/2023 |
| | DisbDescrp: Payment for 9/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027647 | $960.77 | $0.00 | $960.77 | 08/16/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026687 | $960.77 | $0.00 | $960.77 | 07/21/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025774 | $960.77 | $0.00 | $960.77 | 06/22/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024808 | $960.77 | $0.00 | $960.77 | 05/24/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023778 | $960.77 | $0.00 | $960.77 | 04/26/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022772 | $960.77 | $0.00 | $960.77 | 03/27/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021756 | $956.23 | $0.00 | $956.23 | 02/27/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020759 | $956.23 | $0.00 | $956.23 | 01/25/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019773 | $956.23 | $0.00 | $956.23 | 12/28/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018813 | $956.23 | $0.00 | $956.23 | 12/16/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017756 | $956.23 | $0.00 | $956.23 | 10/28/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017756 | $956.23 | $0.00 | $956.23 | 10/28/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $956.23 | $0.00 | $956.23 | 09/29/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $956.23 | $0.00 | $956.23 | 09/29/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015667 | $956.23 | $0.00 | $956.23 | 08/24/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015667 | $956.23 | $0.00 | $956.23 | 08/24/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015667 | $956.23 | $0.00 | $956.23 | 08/24/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | FAY SERVICING, LLC | | 04/12/2022 | 2011544 | $956.23 | $0.00 | $956.23 | 04/29/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009555 | $951.23 | $0.00 | $951.23 | 03/01/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008553 | $951.23 | $0.00 | $951.23 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007540 | $951.23 | $0.00 | $951.23 | 12/31/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006516 | $951.23 | $0.00 | $951.23 | 11/29/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005471 | $951.23 | $0.00 | $951.23 | 11/02/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | FAY SERVICING, LLC | | 09/14/2021 | 2004454 | $951.23 | $0.00 | $951.23 | 09/24/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003414 | $951.23 | $0.00 | $951.23 | 08/30/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002377 | $951.23 | $0.00 | $951.23 | 08/03/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002377 | $951.23 | $0.00 | $951.23 | 08/03/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | FAY SERVICING, LLC | | 06/16/2021 | 2001402 | $951.23 | $0.00 | $951.23 | 06/25/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229012 | $951.23 | $0.00 | $951.23 | 04/29/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227988 | $951.23 | $0.00 | $951.23 | 03/29/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226980 | $947.53 | $0.00 | $947.53 | 02/25/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225960 | $947.53 | $0.00 | $947.53 | 01/27/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225960 | $947.53 | $0.00 | $947.53 | 01/27/2021 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224173 | $947.53 | $0.00 | $947.53 | 12/17/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | FAY SERVICING, LLC | | 10/15/2020 | 1222424 | $947.53 | $0.00 | $947.53 | 10/22/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221377 | $947.53 | $0.00 | $947.53 | 09/24/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221377 | $947.53 | $0.00 | $947.53 | 09/24/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221377 | $947.53 | $0.00 | $947.53 | 09/24/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | FAY SERVICING, LLC | | 07/07/2020 | 1219275 | $947.53 | $0.00 | $947.53 | 07/15/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218267 | $947.53 | $0.00 | $947.53 | 06/05/2020 |
| | | | | | | | Payment for 5/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218267 | $947.53 | $0.00 | $947.53 | 06/05/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218267 | $947.53 | $0.00 | $947.53 | 06/05/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | FAY SERVICING, LLC | | 04/14/2020 | 1216177 | $947.53 | $0.00 | $947.53 | 04/20/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | FAY SERVICING, LLC | | 04/14/2020 | 1216177 | $947.53 | $0.00 | $947.53 | 04/20/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | FAY SERVICING, LLC | | 02/13/2020 | 1213574 | $947.53 | $0.00 | $947.53 | 02/26/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | FAY SERVICING, LLC | | 01/16/2020 | 1212209 | $947.53 | $0.00 | $947.53 | 01/28/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | FAY SERVICING, LLC | | 12/12/2019 | 1210823 | $947.53 | $0.00 | $947.53 | 12/20/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | FAY SERVICING, LLC | | 12/12/2019 | 1210823 | $947.53 | $0.00 | $947.53 | 12/20/2019 |
| | | | | | Payment for 10/2019 | | | |

Sub-totals: $57,587.82    $0.00    $57,587.82

Grand Total: $57,587.82    $0.00

# Disbursements for Claim

**Case:** 19-03439    JOHN FREDRICK IRWIN

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX  75381-4609

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 7105/Post Arrears/ White Bir

POST ARREARS ADDED 3RD AP 6/22

| | | Debt: | $2,868.69 | Interest Paid: | $0.00 |
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $2,868.69 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **FAY SERVICING, LLC** | | | | | | | |
| 521-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $149.23 | $0.00 | $149.23 | 05/30/2024 |
| 521-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $80.20 | $0.00 | $80.20 | 04/26/2024 |
| 521-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $93.47 | $0.00 | $93.47 | 03/22/2024 |
| 521-0 | FAY SERVICING, LLC | | 02/14/2024 | 2033386 | $84.82 | $0.00 | $84.82 | 02/22/2024 |
| 521-0 | FAY SERVICING, LLC | | 01/12/2024 | 2032478 | $98.10 | $0.00 | $98.10 | 01/22/2024 |
| 521-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031550 | $71.56 | $0.00 | $71.56 | 12/29/2023 |
| 521-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030611 | $71.56 | $0.00 | $71.56 | 11/29/2023 |
| 521-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $78.66 | $0.00 | $78.66 | 11/01/2023 |
| 521-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $78.66 | $0.00 | $78.66 | 09/29/2023 |
| 521-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $78.65 | $0.00 | $78.65 | 08/16/2023 |
| 521-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $78.67 | $0.00 | $78.67 | 07/19/2023 |
| 521-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $73.04 | $0.00 | $73.04 | 06/22/2023 |
| 521-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024809 | $73.04 | $0.00 | $73.04 | 05/24/2023 |
| 521-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023779 | $73.04 | $0.00 | $73.04 | 04/26/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022773 | $73.04 | $0.00 | $73.04 | 03/28/2023 |
| 521-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021757 | $518.52 | $0.00 | $518.52 | 02/27/2023 |
| 521-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020760 | $1,094.43 | $0.00 | $1,094.43 | 01/26/2023 |
| | | | | Sub-totals: | $2,868.69 | $0.00 | $2,868.69 | |
| | | | | Grand Total: | $2,868.69 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-03439   JOHN FREDRICK IRWIN

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX   75381-4609

Acct No: 7105/PRE ARREARS/1 WHITE

Sequence: 24
Modify:
Filed Date: 9/27/2019 12:00:00AM
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $109,141.00 | Debt: $19,154.55 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $19,154.55 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $996.37 | $0.00 | $996.37 | 05/30/2024 |
| 520-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $535.55 | $0.00 | $535.55 | 04/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $624.10 | $0.00 | $624.10 | 03/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 02/14/2024 | 2033386 | $566.40 | $0.00 | $566.40 | 02/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 01/12/2024 | 2032478 | $654.94 | $0.00 | $654.94 | 01/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031550 | $477.85 | $0.00 | $477.85 | 12/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030611 | $477.85 | $0.00 | $477.85 | 11/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $525.20 | $0.00 | $525.20 | 11/01/2023 |
| 520-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $525.21 | $0.00 | $525.21 | 09/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $525.21 | $0.00 | $525.21 | 08/16/2023 |
| 520-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $525.20 | $0.00 | $525.20 | 07/19/2023 |
| 520-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $487.72 | $0.00 | $487.72 | 06/22/2023 |
| 520-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024809 | $487.71 | $0.00 | $487.71 | 05/24/2023 |
| 520-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023779 | $487.71 | $0.00 | $487.71 | 04/26/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022773 | $487.72 | $0.00 | $487.72 | 03/28/2023 |
| 520-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021757 | $276.22 | $0.00 | $276.22 | 02/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019774 | $524.92 | $0.00 | $524.92 | 12/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018814 | $524.93 | $0.00 | $524.93 | 12/16/2022 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017757 | $38.85 | $0.00 | $38.85 | 10/28/2022 |
| 520-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009556 | $377.97 | $0.00 | $377.97 | 03/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $377.97 | $0.00 | $377.97 | 02/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $377.97 | $0.00 | $377.97 | 01/03/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $377.98 | $0.00 | $377.98 | 12/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005472 | $402.64 | $0.00 | $402.64 | 11/02/2021 |
| 520-0 | FAY SERVICING, LLC | | 09/14/2021 | 2004455 | $402.64 | $0.00 | $402.64 | 09/24/2021 |
| 520-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003415 | $402.64 | $0.00 | $402.64 | 09/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002378 | $1,480.32 | $0.00 | $1,480.32 | 08/03/2021 |
| 520-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229013 | $610.37 | $0.00 | $610.37 | 04/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227989 | $610.37 | $0.00 | $610.37 | 03/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226981 | $613.26 | $0.00 | $613.26 | 02/25/2021 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225961 | $1,839.78 | $0.00 | $1,839.78 | 01/27/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/15/2020 | 1222425 | $598.40 | $0.00 | $598.40 | 10/22/2020 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221378 | $932.58 | $0.00 | $932.58 | 09/30/2020 |
| | | | | Sub-totals: | $19,154.55 | $0.00 | $19,154.55 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | **Grand Total:** | $19,154.55 | $0.00 | | |