| Fill in this information to identify the case: |

| Debtor 1 | John Fredrick Irwin |
| Debtor 2 (Spouse, if filing) | Joy Ann Irwin |
| United States Bankruptcy Court for the: Middle District of | Pennsylvania (State) |
| Case number | 1:19-bk-03439-HWV |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4

Court claim no. (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX7105

**Property address:**

1 WHITE BIRCH DR
Number          Street

Littlestown, PA 17340
City          State          ZIP Code

### Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:

$_____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 12/01/2024
MM/DD/YYYY

**Post-Petition payment amount is $1018.92**

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| a. | Total post-petition payments due: | (a) $ | 0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 0.00 |
| c. | **Total.** Add lines a and b | (c) $ | 0.00 |

Creditor asserts that the debtor(s) are contractually Obligated for the post-petition payment(s) that first became Due on: _____
MM/DD/YYYY

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖    __/s/Ciro A Mestres__                            Date    __12/16/2024__
                 Signature

Print      __Ciro A Mestres__                      Title    __Authorized Agent for the Creditor__
              First Name    Middle Name    Last Name

Company    __McCalla Raymer Leibert Pierce, LLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __325 Chestnut Street, Suite 725__
            Number             Street

               __Philadelphia, PA 19106__
             City          State        Zip Code

Contact phone    __678-281-6516__                Email    __Ciro.Mestres@mccalla.com__

In Re: John Fredrick Irwin
Joy Ann Irwin

Bankruptcy Case No.: 1:19-bk-03439-HWV
Chapter: 13

Judge: Henry W. Van Eck

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

John Fredrick Irwin
1 White Birch Drive
Littlestown, PA 17340

Joy Ann Irwin
1 White Birch Drive
Littlestown, PA 17340

Stephen Wade Parker, Esq.                    *(served via ECF Notification)*
Etzweiler and Withers LLC
105 N. Front Street Suite 100
Harrisburg, PA 17101

Jack N Zaharopoulos, Trustee                 *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee                           *(served via ECF Notification)*
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  ___12/16/2024___  By:  _*/s/Ciro A Mestres*_____
                (date)                Ciro A Mestres,
                                      Authorized Agent for the Creditor